**Fill in this information to identify the case:**

Debtor name    **Crechale Properties, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 21, 2021**          X **/s/ Elizabeth Crechale**
                                              Signature of individual signing on behalf of debtor

                                              **Elizabeth Crechale**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Crechale Properties, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Citizens Bank P.O. Box 232 Columbia, MS 39429** | | **Lamar Co. Parcel Nos: 055B-15-029.004, 055B-15-017.000, 055B-15-018.000, 1981 Buccanner, Mobile Home and 2006 NONSPC** | | $2,083,086.00 | $319,890.00 | $1,763,196.00 |
| **Citizens Bank P.O. Box 232 Columbia, MS 39429** | | **Lamar Co. Parcel Nos.: 054C-18-058.000, 054C-18-056.000, 054C-18-057.000, 054C-18-055.000, 054C-18-059.000** | | $1,874,680.00 | $593,060.00 | $1,281,620.00 |
| **Community Bank 5010 Hardy St. Hattiesburg, MS 39402** | | **1731 Hwy 589 Purvis, MS, Lamar Co. Parcel No.: 096-13-004.001 0 hwy 589, Hattiesburg, MS, Lamar Co. Parcel No.: 096-13-003.000 0 Hwy 589, Hattiesbur** | | $172,901.30 | $13,020.00 | $159,881.30 |
| **Community Bank 5010 Hardy St. Hattiesburg, MS 39402** | | **5162 Lincoln Rd., Parcel No.: 055B-15-030.000 5162 Lincoln Rd., Parcel No.: 055G-15-002.000** | | $110,704.53 | $67,320.00 | $43,384.53 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Crechale Properties, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Bank 3301 Hardy St. Hattiesburg, MS 39401 | | Lamar Co. Parcel Nos: 1063-23-027.021, 1063-23-027.020, 1063-23-027.019, 1063-23-027.018, 1063-23-027.017, 1063-23-027.015, 1063-23-027.000 | | $1,171,576.00 | $1,042,010.00 | $129,566.00 |
| First Bank 3301 Hardy St. Hattiesburg, MS 39401 | | 2724 Hwy 589, Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-040.000 | | $170,585.00 | $71,290.00 | $99,295.00 |
| First Bank 3301 Hardy St. Hattiesburg, MS 39401 | | Lamar Co. Parcel Nos: 108-27-009.000, 0921-03-081.000, 0921-03-103.000 0921-03-102.000 | | $248,439.02 | $175,550.00 | $72,889.02 |
| First Bank 3301 Hardy St. Hattiesburg, MS 39401 | | 57 Aycock Rd. Purvis, MS Lamar Co. Parcel No.: 0433-07-027.000 | | $223,653.21 | $161,500.00 | $62,153.21 |
| First Bank 3301 Hardy St. Hattiesburg, MS 39401 | | 59 Aycock Rd. Purvis, MS Lamar Co. Parcel No.: 0433.07.028.000 | | $188,117.00 | $141,730.00 | $46,387.00 |
| First Bank 3301 Hardy St. Hattiesburg, MS 39401 | | 7 Anne St. A/B/C Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-027.022 | | $1,217,359.24 | $179,370.00 | $1,037,989.24 |
| First Bank 3301 Hardy St. Hattiesburg, MS 39401 | | Forrest Co. Parcel Nos: 2-012-14-049, 2-012L-23-002 | | $1,182,824.00 | $219,920.00 | $962,904.00 |
| First Southern Bank 1075 Highway 09 Columbia, MS 39429 | | 5004 Lincoln Rd. Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-010.001 | | $1,074,418.00 | $795,520.00 | $278,898.00 |
| Great Southern Bank 218 S. Glenstone Springfield, MO 65802 | | Lamar Co. Parcel Nos: 056E-14-025.000, 056M-23-023.001, 056M-23-024.003, 056M-23-024.002,0 56E-14-022.000, 056M-23-024.000, 056M-23-023.000 | | $920,000.00 | $155,740.00 | $764,260.00 |

Debtor  **Crechale Properties, LLC**                                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **People's Bank 152 Lameuse St. Biloxi, MS 39530** | | **Forrest County Parcel No.: 2-012L-23-002.000** | | **$240,000.00** | **$30,900.00** | **$209,100.00** |
| **Priority One Bank 6276 US Hwy 98 Hattiesburg, MS 39402** | | **2789 Oak Grove Rd. Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-022.000** | | **$1,079,127.75** | **$32,000.00** | **$1,047,127.75** |
| **Priority One Bank 6276 US Hwy 98 Hattiesburg, MS 39402** | | **Lamar Co. Parcel No.: 1063-23-039.000 Forrest Co. Parcel No.: 1-011J-22-025.00** | | **$265,000.00** | **$84,800.00** | **$180,200.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Crechale Properties, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $    **4,484,460.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $    **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $    **4,484,460.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **12,517,606.15**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    **0.00**

4.  **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b          $    **12,517,606.15**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Crechale Properties, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Crechale Properties, LLC**                          Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.**     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1981 Buccaneer S/N 49341137** | Unknown | N/A | Unknown |
| 47.2.   **Mobile Home (VIN #1S9BV35206TSPH3081)** | Unknown | N/A | Unknown |
| 47.3.   **2006 NONSPC (S/N ROC719106NC) Mobile Home** | Unknown | N/A | Unknown |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                          | $0.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor  **Crechale Properties, LLC**
Name

Case number *(If known)*

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2794 Hwy 589, Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-035.000** | Fee simple | Unknown | Tax records | $147,660.00 |
| 55.2. **13 Anne St. A/B, Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-027.001** | Fee simple | Unknown | Tax records | $128,990.00 |
| 55.3. **24 Oak Hollow, Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-106.000** | Fee simple | Unknown | Tax records | $116,330.00 |
| 55.4. **5162 Lincoln Rd., Hattiesburg, MS Lamar Co. Parcel No.: 055B-15-030.000** | Fee simple | Unknown | Tax records | $780.00 |
| 55.5. **2724 Hwy 589, Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-040.000** | Fee simple | Unknown | Tax records | $71,290.00 |
| 55.6. **5162 Lincoln Rd., Hattiesburg, MS Lamar Co. Parcel No.: 055G-15-002.000** | Fee simple | Unknown | Tax records | $66,540.00 |
| 55.7. **1731 Hwy 589 Purvis, MS Lamar Co. Parcel No.: 096-13-004.001** | Fee simple | Unknown | Tax records | $5,950.00 |
| 55.8. **0 Hwy 589, Hattiesburg, MS Lamar Co. Parcel No.: 096-13-003.000** | | Unknown | Tax records | $5,850.00 |
| 55.9. **0 Hwy 589 Hattiesburg, MS Lamar Co. Parcel No.: 096-13-004.000** | Fee simple | Unknown | Tax records | $1,220.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Crechale Properties, LLC**  Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.10 · | **59 Aycock Rd. Purvis, MS Lamar Co. Parcel No.: 0433.07.028.000** | Fee simple | Unknown | Tax records | $141,730.00 |
| 55.11 · | **57 Aycock Rd. Purvis, MS Lamar Co. Parcel No.: 0433-07-027.000** | Fee simple | Unknown | Tax records | $161,500.00 |
| 55.12 · | **Forrest County Parcel No.: 2-012L-23-002.000** | Fee simple | Unknown | Tax records | $30,900.00 |
| 55.13 · | **1479 Old Hwy 24 Hattiesburg, MS Lamar Co. Parcel No.: 108-27-009.000** | Fee simple | Unknown | Tax records | $55,630.00 |
| 55.14 · | **0 Bounds Rd. Sumrall, MS Lamar Co. Parcel No.: 0921-03-081.000** | Fee simple | Unknown | Tax records | $290.00 |
| 55.15 · | **124 Bounds Rd. Sumrall, MS Lamar Co. Parcel No.: 0921-03-103.000** | Fee simple | Unknown | Tax records | $65,570.00 |
| 55.16 · | **118 Bounds Rd. Sumrall, MS** | Fee simple | Unknown | Tax records | $54,060.00 |
| 55.17 · | **0 Hwy 589 Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-039.000** | Fee simple | Unknown | Tax records | $1,830.00 |
| 55.18 · | **305 Lakewood Loop Hattiesburg, MS Forrest Co. Parcel No.: 1-011J-22-025.00** | Fee simple | Unknown | Tax records | $82,970.00 |
| 55.19 · | **2715 Oak Grove Rd. Hattiesburg, MS Lamar Co. Parcel No.: 056E-14-025.000** | Fee simple | Unknown | Tax records | $82,970.00 |
| 55.20 · | **0 Oak Grove Rd. Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-023.001** | Fee simple | Unknown | Tax records | $10.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Crechale Properties, LLC** | | Case number *(If known)* | |
|--------|------------------------------|--|--------------------------|--|
| | Name | | | |

| | | | | |
|--|--|--|--|--|
| 55.21 · | **0 Oak Grove Rd.** Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-024.003 | Fee simple | Unknown | Tax records | $610.00 |
| 55.22 · | **0 Oak Grove Rd.** Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-024.002 | Fee simple | Unknown | Tax records | $420.00 |
| 55.23 · | **2717 Oak Grove Rd.** Hattiesburg, MS Lamar Co. Parcel No.: 056E-14-022.000 | Fee simple | Unknown | Tax records | $51,000.00 |
| 55.24 · | **0 Oak Grove Rd.** Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-024.000 | Fee simple | Unknown | Tax records | $3,130.00 |
| 55.25 · | **0 Oak Grove Rd.** Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-023.000 | Fee simple | Unknown | Tax records | $17,600.00 |
| 55.26 · | **5004 Lincoln Rd.** Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-010.001 | Fee simple | Unknown | Tax records | $795,520.00 |
| 55.27 · | **2789 Oak Grove Rd.** Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-022.000 | Fee simple | Unknown | Tax records | $32,000.00 |
| 55.28 · | **0 Anne St. 27/29** Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-027.021 | Fee simple | Unknown | Tax records | $124,910.00 |
| 55.29 · | **0 Anne St. 35/37** Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-027.020 | Fee simple | Unknown | Tax records | $124,910.00 |
| 55.30 · | **0 Anne St. 39/41** Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-027.019 | Fee simple | Unknown | Tax records | $124,910.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Crechale Properties, LLC**                     Case number *(If known)* _____
        Name

| | | | | |
|---|---|---|---|---|
| 55.31 | **0 Anne St. 43/45/47**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 1063-23-027.018** | Fee simple | Unknown | Tax records | $179,370.00 |
| 55.32 | **0 Anne St.**<br>**55/57/59/61**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 1063-23-027.017** | Fee simple | Unknown | Tax records | $238,090.00 |
| 55.33 | **0 Anne St. 31/33**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 1063-23-027.015** | Fee simple | Unknown | Tax records | $124,910.00 |
| 55.34 | **1 Anne St. A/B**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 1063-23-027.000** | Fee simple | Unknown | Tax records | $124,910.00 |
| 55.35 | **Forrest Co. Parcel**<br>**No.: 2-012-14-049** | Fee simple | Unknown | Tax records | $189,020.00 |
| 55.36 | **305 Lakewood Loop**<br>**Hattiesburg, MS**<br>**Forrest Co. Parcel**<br>**No.: 2-012L-23-002** | Fee simple | Unknown | Tax records | $30,900.00 |
| 55.37 | **7 Anne St. A/B/C**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 1063-23-027.022** | Fee simple | Unknown | Tax records | $179,370.00 |
| 55.38 | **6766 U.S. Hwy 98**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 054C-18-058.000** | Fee simple | Unknown | Tax records | $83,430.00 |
| 55.39 | **6766 U.S. Hwy 98**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 054C-18-056.000** | Fee simple | Unknown | Tax records | $258,340.00 |
| 55.40 | **6766 U.S. Hwy 98**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 054C-18-057.000** | Fee simple | Unknown | Tax records | $84,430.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Crechale Properties, LLC**                                    Case number *(If known)* _____
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.41 · | **0 U.S. Hwy 98**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 054C-18-055.000** | Fee simple | Unknown | Tax records | $83,430.00 |
| 55.42 · | **0 U.S. Hwy 98**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 054C-18-059.000** | Fee simple | Unknown | Tax records | $83,430.00 |
| 55.43 · | **0 Willow Lake Ln.**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 055B-15-029.004** | Fee simple | Unknown | Tax records | $150.00 |
| 55.44 · | **0 Willos Lake Ln.**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 055B-15-017.000** | Fee simple | Unknown | Tax records | $1,580.00 |
| 55.45 · | **53 Willow Lake Ln.**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 055B-15-018.000** | Fee simple | Unknown | Tax records | $318,160.00 |
| 55.46 · | **0 Lincoln Rd.**<br>**Hattiesburg, MS**<br>**Lamar Co. Parcel**<br>**No.: 056M-23-010.000** | Fee simple | Unknown | Tax records | $7,860.00 |

56.   **Total of Part 9.**                                                      | $4,484,460.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                      page 7

Debtor     **Crechale Properties, LLC**                                         Case number *(If known)* _____
           Name

Debtor      **Crechale Properties, LLC**                              Case number *(if known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $4,484,460.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $4,484,460.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,484,460.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Crechale Properties, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Citizens Bank**<br>Creditor's Name<br><br>**P.O. Box 232**<br>**Columbia, MS 39429**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Lamar Co. Parcel Nos.: 054C-18-058.000, 054C-18-056.000, 054C-18-057.000, 054C-18-055.000, 054C-18-059.000**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check that all apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,874,680.00** | **$593,060.00** |
| **2.2** **Citizens Bank**<br>Creditor's Name<br><br>**P.O. Box 232**<br>**Columbia, MS 39429**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Lamar Co. Parcel Nos: 055B-15-029.004, 055B-15-017.000, 055B-15-018.000, 1981 Buccanner, Mobile Home and 2006 NONSPC**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check that all apply | **$2,083,086.00** | **$319,890.00** |

Debtor    **Crechale Properties, LLC**        Case number (if known) _____
Name

☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Disputed

---

| 2.3 | **Community Bank** | Describe debtor's property that is subject to a lien | $79,245.86 | $147,660.00 |
|---|---|---|---|---|

Creditor's Name

**5010 Hardy St.**
**Hattiesburg, MS 39402**

**2794 Hwy 589, Hattiesburg, MS**
**Lamar Co. Parcel No.: 1063-23-035.000**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Community Bank** | Describe debtor's property that is subject to a lien | $110,704.53 | $67,320.00 |
|---|---|---|---|---|

Creditor's Name

**5010 Hardy St.**
**Hattiesburg, MS 39402**

**5162 Lincoln Rd., Parcel No.: 055B-15-030.000**
**5162 Lincoln Rd., Parcel No.: 055G-15-002.000**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Community Bank** | Describe debtor's property that is subject to a lien | $172,901.30 | $13,020.00 |
|---|---|---|---|---|

Creditor's Name

**5010 Hardy St.**
**Hattiesburg, MS 39402**

**1731 Hwy 589 Purvis, MS, Lamar Co. Parcel**
**No.: 096-13-004.001**
**0 hwy 589, Hattiesburg, MS, Lamar Co. Parcel**
**No.: 096-13-003.000**
**0 Hwy 589, Hattiesburg, MS, Lamar Co. Parcel**
**No.: 096-13-003.000**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

---

Debtor   **Crechale Properties, LLC**
_____
Name

Case number *(if known)* _____

---

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **First Bank** | **Describe debtor's property that is subject to a lien** | $106,478.61 | $128,990.00 |
|---|---|---|---|---|
| | Creditor's Name | **13 Anne St. A/B, Hattiesburg, MS**<br>**Lamar Co. Parcel No.: 1063-23-027.001** | | |
| | **3301 Hardy St.**<br>**Hattiesburg, MS 39401** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** | | |
| | | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.7 | **First Bank** | **Describe debtor's property that is subject to a lien** | $109,410.63 | $116,330.00 |
|---|---|---|---|---|
| | Creditor's Name | **24 Oak Hollow, Hattiesburg, MS**<br>**Lamar Co. Parcel No.: 1063-23-106.000** | | |
| | **3301 Hardy St.**<br>**Hattiesburg, MS 39401** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** | | |
| | | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

Debtor **Crechale Properties, LLC**
Name

Case number (if known) _____

| 2.8 | **First Bank** | Describe debtor's property that is subject to a lien | $170,585.00 | $71,290.00 |
|---|---|---|---|---|

Creditor's Name

**3301 Hardy St.**
**Hattiesburg, MS 39401**

Creditor's mailing address

**2724 Hwy 589, Hattiesburg, MS**
**Lamar Co. Parcel No.: 1063-23-040.000**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **First Bank** | Describe debtor's property that is subject to a lien | $188,117.00 | $141,730.00 |
|---|---|---|---|---|

Creditor's Name

**3301 Hardy St.**
**Hattiesburg, MS 39401**

Creditor's mailing address

**59 Aycock Rd. Purvis, MS**
**Lamar Co. Parcel No.: 0433.07.028.000**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **First Bank** | Describe debtor's property that is subject to a lien | $223,653.21 | $161,500.00 |
|---|---|---|---|---|

Creditor's Name

**3301 Hardy St.**
**Hattiesburg, MS 39401**

Creditor's mailing address

**57 Aycock Rd. Purvis, MS**
**Lamar Co. Parcel No.: 0433-07-027.000**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Crechale Properties, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1** **First Bank**

Creditor's Name

**3301 Hardy St.**
**Hattiesburg, MS 39401**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Lamar Co. Parcel Nos: 108-27-009.000,**
**0921-03-081.000, 0921-03-103.000**
**0921-03-102.000**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$248,439.02        $175,550.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2** **First Bank**

Creditor's Name

**3301 Hardy St.**
**Hattiesburg, MS 39401**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Lamar Co. Parcel Nos: 1063-23-027.021,**
**1063-23-027.020, 1063-23-027.019,**
**1063-23-027.018, 1063-23-027.017,**
**1063-23-027.015, 1063-23-027.000**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,171,576.00      $1,042,010.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3** **First Bank**

Creditor's Name

**3301 Hardy St.**
**Hattiesburg, MS 39401**

Describe debtor's property that is subject to a lien
**Forrest Co. Parcel Nos: 2-012-14-049,**
**2-012L-23-002**

$1,182,824.00      $219,920.00

---

Debtor **Crechale Properties, LLC**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.14**

| First Bank | **Describe debtor's property that is subject to a lien** | **$1,217,359.24** | **$179,370.00** |
|---|---|---|---|
| Creditor's Name | **7 Anne St. A/B/C Hattiesburg, MS**<br>**Lamar Co. Parcel No.: 1063-23-027.022** | | |
| **3301 Hardy St.**<br>**Hattiesburg, MS 39401** | | | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.15**

| First Southern Bank | **Describe debtor's property that is subject to a lien** | **$1,074,418.00** | **$795,520.00** |
|---|---|---|---|
| Creditor's Name | **5004 Lincoln Rd. Hattiesburg, MS**<br>**Lamar Co. Parcel No.: 056M-23-010.001** | | |
| **1075 Highway 09**<br>**Columbia, MS 39429** | | | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Crechale Properties, LLC**

Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 6 | | | | |
|---|---|---|---|---|
| **Great Southern Bank** | | | **$920,000.00** | **$155,740.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Lamar Co. Parcel Nos: 056E-14-025.000, 056M-23-023.001, 056M-23-024.003, 056M-23-024.002,056E-14-022.000, 056M-23-024.000, 056M-23-023.000**

**218 S. Glenstone
Springfield, MO 65802**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 7 | | | | |
|---|---|---|---|---|
| **People's Bank** | | | **$240,000.00** | **$30,900.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Forrest County Parcel No.: 2-012L-23-002.000**

**152 Lameuse St.
Biloxi, MS 39530**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 8 | | | | |
|---|---|---|---|---|
| **Priority One Bank** | | | **$265,000.00** | **$84,800.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**Lamar Co. Parcel No.: 1063-23-039.000
Forrest Co. Parcel No.: 1-011J-22-025.000**

**6276 US Hwy 98
Hattiesburg, MS 39402**

Creditor's mailing address

Describe the lien
**Deed of Trust**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Crechale Properties, LLC**                                      Case number (if known) _____
         Name

|  | **Is the creditor an insider or related party?** |
|---|---|
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.19 | **Priority One Bank** | **Describe debtor's property that is subject to a lien** | $1,079,127.75 | $32,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2789 Oak Grove Rd. Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-022.000 | | |
| | **6276 US Hwy 98 Hattiesburg, MS 39402** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      | $12,517,606.15 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Crechale Properties, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF MISSISSIPPI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** _____

Is the claim subject to offset?  ☐ No  ☐ Yes

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    49748                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Crechale Properties, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **Crechale Properties, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Crechale Properties, LLC**                                    Case No. _____

_____                               Chapter   **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ................................................   $ _____**10,000.00**

     Prior to the filing of this statement I have received ...................................   $ _____**10,000.00**

     Balance Due ........................................................................................   $ _____**0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        □ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 21, 2021**                              **/s/ W. Jarrett Little**
_____                 _____
*Date*                                            **W. Jarrett Little**
                                                  *Signature of Attorney*
                                                  **Lentz & Little, P.A.**
                                                  **2505 14th St., Ste. 500**
                                                  **Gulfport, MS 39501**
                                                  **(228) 867-6050**
                                                  **jarrett@lentzlittle.com**
                                                  *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Crechale Properties, LLC** _____   Case No. _____
Debtor(s)                        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alex Crechale**<br>**2715 Oak Grove Rd.**<br>**Hattiesburg, MS 39402** | **Member** | **25%** | **LLC Membership** |
| **Elizabeth Crechale**<br>**2715 Oak Grove Rd.**<br>**Hattiesburg, MS 39402** | **Member** | **25%** | **LLC Membership** |
| **John Crechale**<br>**2715 Oak Grove Rd.**<br>**Hattiesburg, MS 39402** | **Member** | **25%** | **LLC Membership** |
| **Paul Crechale**<br>**2715 Oak Grove Rd.**<br>**Hattiesburg, MS 39402** | **Member** | **25%** | **LLC Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **January 21, 2021** _____        Signature   **/s/ Elizabeth Crechale** _____
                                                          **Elizabeth Crechale**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Crechale Properties, LLC**                                         Case No.

                                 Debtor(s)              Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Crechale Properties, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alex Crechale**
**2715 Oak Grove Rd.**
**Hattiesburg, MS 39402**

**Elizabeth Crechale**
**2715 Oak Grove Rd.**
**Hattiesburg, MS 39402**

**John Crechale**
**2715 Oak Grove Rd.**
**Hattiesburg, MS 39402**

**Paul Crechale**
**2715 Oak Grove Rd.**
**Hattiesburg, MS 39402**

☐ None [*Check if applicable*]

**January 21, 2021**
Date

**/s/ W. Jarrett Little**
**W. Jarrett Little**
Signature of Attorney or Litigant
Counsel for   **Crechale Properties, LLC**
**Lentz & Little, P.A.**
**2505 14th St., Ste. 500**
**Gulfport, MS 39501**
**(228) 867-6050**
**jarrett@lentzlittle.com**