Fill in this information to identify the case:

Debtor name: **Crechale Properties, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF MISSISSIPPI**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Citizens Bank** P.O. Box 232 Columbia, MS 39429 | | **Lamar Co. Parcel Nos: 055B-15-029.004, 055B-15-017.000, 055B-15-018.000, 1981 Buccanner, Mobile Home and 2006 NONSPC** | | $2,083,086.00 | $319,890.00 | $1,763,196.00 |
| **Citizens Bank** P.O. Box 232 Columbia, MS 39429 | | **Lamar Co. Parcel Nos.: 054C-18-058.000, 054C-18-056.000, 054C-18-057.000, 054C-18-055.000, 054C-18-059.000** | | $1,874,680.00 | $593,060.00 | $1,281,620.00 |
| **Community Bank** 5010 Hardy St. Hattiesburg, MS 39402 | | 1731 Hwy 589 Purvis, MS, Lamar Co. Parcel No.: 096-13-004.001 0 hwy 589, Hattiesburg, MS, Lamar Co. Parcel No.: 096-13-003.000 0 Hwy 589, Hattiesbur | | $172,901.30 | $13,020.00 | $159,881.30 |
| **Community Bank** 5010 Hardy St. Hattiesburg, MS 39402 | | 5162 Lincoln Rd., Parcel No.: 055B-15-030.000 5162 Lincoln Rd., Parcel No.: 055G-15-002.000 | | $110,704.53 | $67,320.00 | $43,384.53 |

Debtor **Crechale Properties, LLC**                                Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Bank** 3301 Hardy St. Hattiesburg, MS 39401 | | **Lamar Co. Parcel Nos: 1063-23-027.021, 1063-23-027.020, 1063-23-027.019, 1063-23-027.018, 1063-23-027.017, 1063-23-027.015, 1063-23-027.000** | | $1,171,576.00 | $1,042,010.00 | $129,566.00 |
| **First Bank** 3301 Hardy St. Hattiesburg, MS 39401 | | **2724 Hwy 589, Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-040.000** | | $170,585.00 | $71,290.00 | $99,295.00 |
| **First Bank** 3301 Hardy St. Hattiesburg, MS 39401 | | **Lamar Co. Parcel Nos: 108-27-009.000, 0921-03-081.000, 0921-03-103.000 0921-03-102.000** | | $248,439.02 | $175,550.00 | $72,889.02 |
| **First Bank** 3301 Hardy St. Hattiesburg, MS 39401 | | **57 Aycock Rd. Purvis, MS Lamar Co. Parcel No.: 0433-07-027.000** | | $223,653.21 | $161,500.00 | $62,153.21 |
| **First Bank** 3301 Hardy St. Hattiesburg, MS 39401 | | **59 Aycock Rd. Purvis, MS Lamar Co. Parcel No.: 0433.07.028.000** | | $188,117.00 | $141,730.00 | $46,387.00 |
| **First Bank** 3301 Hardy St. Hattiesburg, MS 39401 | | **7 Anne St. A/B/C Hattiesburg, MS Lamar Co. Parcel No.: 1063-23-027.022** | | $1,217,359.24 | $179,370.00 | $1,037,989.24 |
| **First Bank** 3301 Hardy St. Hattiesburg, MS 39401 | | **Forrest Co. Parcel Nos: 2-012-14-049, 2-012L-23-002** | | $1,182,824.00 | $219,920.00 | $962,904.00 |
| **First Southern Bank** 1075 Highway 09 Columbia, MS 39429 | | **5004 Lincoln Rd. Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-010.001** | | $1,074,418.00 | $795,520.00 | $278,898.00 |
| **Great Southern Bank** 218 S. Glenstone Springfield, MO 65802 | | **Lamar Co. Parcel Nos: 056E-14-025.000, 056M-23-023.001, 056M-23-024.003, 056M-23-024.002,056E-14-022.000, 056M-23-024.000, 056M-23-023.000** | | $920,000.00 | $155,740.00 | $764,260.00 |

Debtor **Crechale Properties, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **People's Bank 152 Lameuse St. Biloxi, MS 39530** | | **Forrest County Parcel No.: 2-012L-23-002.000** | | $240,000.00 | $30,900.00 | $209,100.00 |
| **Priority One Bank 6276 US Hwy 98 Hattiesburg, MS 39402** | | **2789 Oak Grove Rd. Hattiesburg, MS Lamar Co. Parcel No.: 056M-23-022.000** | | $1,079,127.75 | $32,000.00 | $1,047,127.75 |
| **Priority One Bank 6276 US Hwy 98 Hattiesburg, MS 39402** | | **Lamar Co. Parcel No.: 1063-23-039.000 Forrest Co. Parcel No.: 1-011J-22-025.00** | | $265,000.00 | $84,800.00 | $180,200.00 |